# ASHLAND HOSPITAL CORPORATION d/b/a KING'S DAUGHTERS MEDICAL CENTER VS. AFFILIATED FM INSURANCE COMPANY
# EXHIBIT 2
# EMC² EVENT REPORT AND SUBSEQUENT REPORTS COLLECTIVELY



Event Report for
Kings Daughter Hospital
Service Request #34096540

# EMC Event Report

## Prepared for



## EMC Service Request #33969862

## Event of March 24, 2010



Event Report for
Kings Daughter Hospital
Service Request #34096540

## Customer Information

| Contact Name | Chad Phipps |
|---|---|
| Title | It Director |
| Address | 2440 Carter Avenue<br>Ashland, KY  41101 |
| Email Address | chad.phipps@kdmc.net |

## Summary

| Clarify Case Number | 33969862 |
|---|---|
| Date/Time Reported | 03/24/2010 @ 01:22 AM |
| Prepared by (Title/Contact Number) | Tom Gardy<br>Customer Services Manager<br>614-797-5676 |

## Introduction and Event Description

On March 24, 2010 at 01:22 am, the DMX4 system, serial number HK190103519, located at Kings Daughter Medical Center (KDMC) dialed home to EMC's remote support center reporting high temperature alarm codes on multiple LCC and back adapters. The high temperature at KDMC's data center caused several disk drives in the DMX4 system to go offline resulting in the unavailability of multiple logical data drives which impacted KDMS' production system servers.  It was determined the high temperature alarms and failures were caused by an air conditioner failure at the KDMC data center.  This Event Report is being provided in response to KDMC's request for a report documenting this service event and EMC's subsequent analysis and recommendations concerning the subject DMX4 system.



**EMC²**
where information lives

Event Report for
Kings Daughter Hospital
Service Request #34096540

## *Problem Description*

EMC's support center identified the following conditions in the error reporting logs concerning the subject DMX4 system:

| # | Error Code | Description |
|---|---|---|
| 1 | 28.0480.85 | DAE Environmental Error: Use E2,,EEEE or E5 to display additional information.  LCC_A_TEMP_HIGH |
| 2 | 28.0480.86 | DAE Environmental Error: Use E2,,EEEE or E5 to display additional information.  LCC_B_TEMP_HIGH |

All adapters within the subsystem were posting high temperature alarms with an average temperature reading of 68.7C (155.7F):

```
| Sensor        | Temp [C] | Limit [C] | Temp [F] | Status |
+---------------+----------+-----------+----------+--------+
| Dir 01: Temp1 | 62.0     | 80.0      | 143.6    | OK     |
| Dir 01: Temp2 | 75.0     | 80.0      | 167.0    | OK     |
| Dir 01: Temp3 | 77.0     | 80.0      | 170.6    | OK     |
| Dir 01: Temp4 | 68.5     | 80.0      | 155.3    | OK     |
| Dir 08: Temp1 | 63.5     | 80.0      | 146.3    | OK     |
| Dir 08: Temp2 | 76.0     | 80.0      | 168.8    | OK     |
| Dir 08: Temp3 | 75.5     | 80.0      | 167.9    | OK     |
| Dir 08: Temp4 | 66.0     | 80.0      | 150.8    | OK     |
| Dir 09: Temp1 | 61.5     | 80.0      | 142.7    | OK     |
| Dir 09: Temp2 | 73.5     | 80.0      | 164.3    | OK     |
| Dir 09: Temp3 | 74.5     | 80.0      | 166.1    | OK     |
| Dir 09: Temp4 | 65.0     | 80.0      | 149.0    | OK     |
| Dir 16: Temp1 | 61.0     | 80.0      | 141.8    | OK     |
| Dir 16: Temp2 | 76.0     | 80.0      | 168.8    | OK     |
| Dir 16: Temp3 | 74.5     | 80.0      | 166.1    | OK     |
| Dir 16: Temp4 | 66.5     | 80.0      | 151.7    | OK     |
| Adpt 01: Temp1| 63.5     | 50.0      | 146.3    | Hot    |
| Adpt 08: Temp1| 65.0     | 50.0      | 149.0    | Hot    |
| Adpt 09: Temp1| 66.0     | 50.0      | 150.8    | Hot    |
| Adpt 16: Temp1| 65.0     | 50.0      | 149.0    | Hot    |
| Mem 00: TEMP1 | 68.5     | 80.0      | 155.3    | OK     |
| Mem 01: TEMP1 | 69.5     | 80.0      | 157.1    | OK     |
| Mem 02: TEMP1 | 70.0     | 80.0      | 158.0    | OK     |
| Mem 03: TEMP1 | 69.0     | 80.0      | 156.2    | OK     |
| XCM 00: TEMP1 | 67.0     | 80.0      | 152.6    | OK     |
| XCM 01: TEMP1 | 67.0     | 80.0      | 152.6    | OK     |
+---------------+----------+-----------+----------+--------+
| Sensor        | Temp [C] | Limit [C] | Temp [F] | Status |
+---------------+----------+-----------+----------+--------+
```

Temperature readings recorded in the array indicate that the DMX4 system was exposed to temperatures which are significantly above the published EMC normal operating range of 10-32 degrees C.


where information lives

Event Report for
Kings Daughter Hospital
Service Request #34096540

## Action Plan

On 03/24/10 at 04:45 am, KDMC reported that its air conditioning failure at its data center was resolved and temperature had returned to normal. EMC and KDMC agreed upon the following action plan which was executed by EMC:

1. Drop DAF's into DD mode and iml with REDY option
2. Monitor Resync to hotspare for drive 1B/CB
3. Monitor for any xx2c / xx1a errors
4. Reverse hotspare direction for all hotspare except 1B/CB
5. Remove HS except 1B/CB.
6. Schedule replacement of drive 1B - CB contained in the subject DMX4 which failed as a result of the high temperature at KDMC's data center. Upon receipt of KDMC's authorization, EMC successfully replaced physical disk drive in location 1B – CB on March 25th, 2010.

## Analysis of the Service Event

As a result of the air conditioning failure and subsequent temperature spike at the KDMC data center, KDMC management requested that EMC perform an analysis of the subject DMX4 and document its results and recommendations. EMC has concluded that the air conditioning failure that occurred at the KDMC data center exposed the DMX4 system (SN HK190103519) to temperatures which are significantly above the published EMC normal operating range of 10-32 degrees C. It is EMC's position that the subject DMX4 has been severely compromised. Since March 24th, 2010, EMC has received twenty dial home service events from the DMX4, including a physical drive failure which was replaced on April 7, 2010. For comparison, EMC only received a total of thirteen service events in the **six months** prior to the air conditioning failure at KDMC's data center. Accordingly, since EMC equipment is not designed for temperature extremes like those experienced at the KDMC data center, EMC can no longer confirm the long term reliability of the equipment that was exposed to this high temperature environment.


where information lives

Event Report for
Kings Daughter Hospital
Service Request #34096540

## *Effect on Warranty and Maintenance*

EMC's warranties and maintenance contracts do not apply to problems resulting from use of equipment in an environment or in a manner or for a purpose for which the equipment was not designed. Since the subject DMX4 was exposed to environmental conditions in excess of EMC's published specifications, this incident takes the DMX4 outside of the scope of EMC's standard warranty and maintenance coverage.

## *Recommendations*

It is EMC's recommendation that the subject DMX4 system be replaced due to the long term reliability and data integrity issues associated with EMC equipment exposed to an environment that is outside of that for which the system was designed for reliable usage.



Event Report for
Kings Daughter Hospital
Service Request #34096540

# Update to Incident report dated April 9, 2010

# Prepared for



# EMC Service Request #33969862

# Event of March 24, 2010



Event Report for
Kings Daughter Hospital
Service Request #34096540

## Customer Information

| Contact Name | Chad Phipps |
|---|---|
| Title | It Director |
| Address | 2440 Carter Avenue<br>Ashland, KY  41101 |
| Email Address | chad.phipps@kdmc.net |

## Summary

| Clarify Case Number | 33969862 |
|---|---|
| Date/Time Reported | 03/24/2010 @ 01:22 AM |
| Prepared by (Title/Contact Number) | Tom Gardy<br>Customer Services Manager<br>614-797-5676 |

## November 5, 2010 Update

Since the original Incident report document was first published on April 9th, 2010, there have been a total of 17 additional dial home problem notifications to the EMC support centers including one physical drive replacement.

Total events generated by the array dial home feature since original failure: 37

Total number of components replaced: 3 physical disk drives.



**EMC²**
where information lives

EMC Corporation  171 South Street
Hopkinton, Massachusetts 01748-9103  508-435-1000  www.EMC.com

08/23/2010

Chad Phipps
King's Daughter Medical Center
2440 Carter Avenue
Ashland, KY 41101

RE: EMC Service Request #33969862/Event of March 24, 2010

Dear Chad,

I am writing this letter in response to the attached correspondence dated July 2, 2010, which was forwarded to my attention (Attachment A). The letter was submitted by Amir Rubin of LWG Consulting.

Respectfully, EMC will not be responding to the questions in the July 2 letter; instead, EMC provides a response here.

EMC submitted to your attention the Event Report describing the incident that occurred, (through no fault of EMC's), at the data center of King's Daughter Medical Center (KDMC) on March 24, 2010. The DMX4 serial number HK190103519, dialed home to EMC's remote support center reporting high temperature alarm codes on multiple LCC and back adapters. The excessively high temperature at KDMC's data center caused several disk drives in the DMX4 system to go offline resulting in the unavailability of multiple logical data drives which impacted KDMC' production system servers. It was determined the high temperature alarms and failures were caused by an air conditioner failure at the KDMC data center.

As a result of the air conditioning failure and subsequent temperature spike at the KDMC data center, KDMC management requested that EMC perform an analysis of the subject DMX4 and document its results and recommendations, which we promptly did. EMC concluded that the air conditioning failure that occurred at the KDMC data center exposed the DMX4 system (SN HK190103519) to temperatures which are significantly above the published EMC normal operating range of 10-32 degrees C. It is EMC's position that the subject DMX4 has been severely compromised since EMC equipment is not designed for temperature extremes like those experienced at the KDMC data center. Therefore, as has been relayed, EMC can no longer confirm the long term reliability of the equipment that was exposed to this high temperature environment.

Further, with regard to warranty and maintenance coverage, EMC's standard language states that EMC's warranty and maintenance obligations do not apply to problems that arise from (i) accident or abuse or causes not attributed to normal wear and tear, (ii) interoperation with other non-EMC products, (iii) improper installation or modification by other than EMC, or (iv) <u>use in an environment or in a manner or for a purpose for which Product(s) were not designated</u>.  EMC's warranties and maintenance contracts do not apply to problems resulting from use of equipment in an environment or in a manner or for a purpose for which the equipment was not designed.  Since the subject DMX4 was exposed to environmental conditions in excess of EMC's published specifications, this incident takes the DMX4 outside of the scope of EMC's standard warranty and maintenance coverage. Accordingly, any efforts to remedy or repair the subject equipment is not covered by your EMC warranty or maintenance contract and any such support provided by EMC is on a time and materials basis subject to EMC's then current time and materials terms, conditions and pricing.  To date, we have provided our findings on the damage to the Damaged DMX at no cost to you, as a courtesy.

We attach as Attachment B, EMC's standard documentation which is included with the DMX4 and which we provided to you at the time of your purchase. Additionally, in the event you would like to forward Attachment B to LWG Consulting for their review, EMC will not object provided that we can obtain a Non-Disclosure Agreement for LWG Consulting to sign in advance of such disclosure.

Again, we appreciate your business.

Kind Regards,

*Tom Gardy*

Area Commercial Services Manager
EMC Corporation
9200 Worthington Rd.
Westerville, OH 43082