AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **KENTUCKY-NORTHERN DIVISION AT ASHLAND**

Eastern District of Kentucky
**FILED**
MAY 23 2013
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

ASHLAND HOSPITAL CORPORATION d/b/a
King's Daughters Medical Center

V.

AFFILIATED FM INSURANCE COMPANY

**EXHIBIT AND WITNESS LIST**

Case Number: 0:11-CV-16-DLB-EBA

| PRESIDING JUDGE<br>HON. DAVID L. BUNNING | PLAINTIFF'S ATTORNEY<br>Marshal R. Hixson | DEFENDANT'S ATTORNEY<br>S. Joseph Welborn |
|---|---|---|
| TRIAL DATE (S)<br>05/23/2013 Evidentiary Daubert Hrg | COURT REPORTER<br>Lisa Wiesman | COURTROOM DEPUTY<br>Tammy Dallas |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W1 | 05/23/2013 |  |  | Frank R. Lombardo, Retired, Former Consultant with LWG Consulting |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages