**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 11-16-DLB-EBA**

**ASHLAND HOSPITAL CORPORATION**                                **PLAINTIFF**
**d/b/a KING'S DAUGHTER'S MEDICAL CENTER**

**VS.**                                **JUDGMENT**

**AFFILIATED FM INSURANCE COMPANY**                                **DEFENDANT**

\* \* \* \* \* \* \* \* \*

Pursuant to the Memorandum Opinion and Order filed on August 14, 2013, and the Memorandum Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that:

1.      Judgment is hereby **GRANTED** for Plaintiff in the amount of **$1,732,379.18,** **with prejudgment interest in the rate of 5% per annum as of November 15, 2010**;

2.      This matter is hereby **DISMISSED WITH PREJUDICE**, and is hereby **STRICKEN** from the active docket of the Court, and

3.      The Court's August 14, 2013 Memorandum Opinion and Order, the Memorandum Order entered concurrently herewith, and this Order, are **FINAL** and **APPEALABLE** Orders.

This 21st day of March, 2014.



Signed By:

*David L. Bunning*

**United States District Judge**